UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVIDION

In Re: JOSEPH TUCCI                                   CASE NO: 6:15-bk-06024

    Debtor(s).
_____/

☒ Chapter 13 Plan                                    ☐ Amended Chapter 13 Plan

COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee.

## PLAN PAYMENTS

| Payment Number by Months | Amount of Monthly Plan Payment |
|---|---|
| 36 | $530.00 |

The Debtor(s) shall pay by money order, cashier's check or wage deduction, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Jeffrey S. Badgley | $2,220.00 | 130 | 16 |
| | | 120 | 1 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| None | | | |

**Secured Claims**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Partner's FCU | $17,252.00 | $343.93 | 36 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| None | $ | $ | |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| None | $ | $ | |

**Property to be Surrendered**

| Creditor Name: | Property Address |
|---|---|
| N/A | |

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| | $ | $ | |

(Motion to Value must be filed consistent with Plan treatment)

**Executory Contracts:**

The following Executory Contracts are assumed:

| Name of Creditor | Description of Collateral | Payment Month Numbers |
|---|---|---|
| N/A | | |

**The following contracts are rejected:**

| Name of Creditor | Description of Collateral |
|---|---|

**Unsecured Creditors:**
Unsecured Creditors whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: *8%*

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

I understand that my first plan payment is due no later than 30 days after the filing of my case, which is August 9. 2015. I agree to make monthly plan payments according to the plan above.

_____         _7/10/15_____
Joseph Tucci                                      Date

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 13th day of July, 2015.

                                                  /s/ Jeffrey S. Badgley
                                                  Jeffrey S. Badgley, Esq.
                                                  Attorney for Debtor(s)
                                                  Florida Bar No.: 599417
                                                  801 N. Magnolia Ave., Suite 107
                                                  Orlando, FL 32803-3806
                                                  Phone: (407) 781-0420
                                                  Fax: (407) 781-0706

| | | DUE DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 8/10/2015 | | | 10.0% | | | $2,220.00 | | $17,252.00 |
| | | Unsecured | | Debtor Pmt | Tee Fee | | | ATTY | | Car |
| | 60 | | | 36 | | | | | | |
| 8/10/2015 | 1 | $3.07 | | $530.00 | $53.00 | | | $130.00 | | 343.93 |
| 9/10/2015 | 2 | $3.07 | | $530.00 | $53.00 | | | $130.00 | | 343.93 |
| 10/10/2015 | 3 | $3.07 | | $530.00 | $53.00 | | | $130.00 | | 343.93 |
| 11/10/2015 | 4 | $3.07 | | $530.00 | $53.00 | | | $130.00 | | 343.93 |
| 12/10/2015 | 5 | $3.07 | | $530.00 | $53.00 | | | $130.00 | | 343.93 |
| 1/10/2016 | 6 | $3.07 | | $530.00 | $53.00 | | | $130.00 | | 343.93 |
| 2/10/2016 | 7 | $3.07 | | $530.00 | $53.00 | | | $130.00 | | 343.93 |
| 3/10/2016 | 8 | $3.07 | | $530.00 | $53.00 | | | $130.00 | | 343.93 |
| 4/10/2016 | 9 | $3.07 | | $530.00 | $53.00 | | | $130.00 | | 343.93 |
| 5/10/2016 | 10 | $3.07 | | $530.00 | $53.00 | | | $130.00 | | 343.93 |
| 6/10/2016 | 11 | $3.07 | | $530.00 | $53.00 | | | $130.00 | | 343.93 |
| 7/10/2016 | 12 | $3.07 | | $530.00 | $53.00 | | | $130.00 | | 343.93 |
| 8/10/2016 | 13 | $3.07 | | $530.00 | $53.00 | | | $130.00 | | 343.93 |
| 9/10/2016 | 14 | $3.07 | | $530.00 | $53.00 | | | $130.00 | | 343.93 |
| 10/10/2016 | 15 | $3.07 | | $530.00 | $53.00 | | | $130.00 | | 343.93 |
| 11/10/2016 | 16 | $3.07 | | $530.00 | $53.00 | 16 at | $130.00 | | | 343.93 |
| 12/10/2016 | 17 | $13.07 | | $530.00 | $53.00 | 1 at | $120.00 | | | 343.93 |
| 1/10/2017 | 18 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 2/10/2017 | 19 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 3/10/2017 | 20 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 4/10/2017 | 21 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 5/10/2017 | 22 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 6/10/2017 | 23 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 7/10/2017 | 24 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 8/10/2017 | 25 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 9/10/2017 | 26 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 10/10/2017 | 27 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 11/10/2017 | 28 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 12/10/2017 | 29 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 1/10/2018 | 30 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 2/10/2018 | 31 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 3/10/2018 | 32 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 4/10/2018 | 33 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 5/10/2018 | 34 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 6/10/2018 | 35 | $133.07 | | $530.00 | $53.00 | | | | | 343.93 |
| 7/10/2018 | 36 | $133.07 | 36 at | $530.00 | $53.00 | | | | | 343.93 |
| | | $2,590.52 | | $19,080.00 | $1,908.00 | | | $2,200.00 | | $12,381.48 |
| | | $31,865.28 | | | | | | ATTY | | |
| | | 8% | | | | | | | | |